|  | IN THE DISTRICT COURT OF APPEAL |
|  | FIRST DISTRICT, STATE OF FLORIDA |

GARRY ROLLINS,

        Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

        Respondent.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3461

Opinion filed April 9, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Garry Rollins, pro se, Petitioner.

Sarah Rumph, General Counsel, and Mark J. Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

      The petition for writ of certiorari is denied on the merits.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.